FILED
OCT 22 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 3:07cr251-WKW |
| v. | ) | [21 U.S.C. 843(b)] |
| | ) | |
| ROBERT ALVIN BAILEY, III | ) | **INDICTMENT** |

COUNT 1

That on or about November 17, 2004, in Macon County, within the Middle District of Alabama, the defendant,

ROBERT ALVIN BAILEY, III,

did knowingly and intentionally use a communication facility, to wit, the United States mail, in committing and causing and facilitating the possession with the intent to distribute and distribution of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 843(b).

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
LEURA G. CANARY
United States Attorney

*[signature]*
A. CLARK MORRIS
Assistant United States Attorney