IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:07cr251-WKW |
| | ) | |
| **ROBERT ALVIN BAILEY, III** | ) | |

**ORDER**

Based upon this court's order resetting the trial in the above-styled case from February 4, 2008 to March 10, 2008 and for good cause, it is

ORDERED that the counsel for the parties shall appear for a pretrial conference on January 11, 2008 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

IT IS FURTHER ORDERED that the pretrial conference currently set for December 20, 2007 is cancelled.

DONE this 14th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE